IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| ANGELA ROBINSON, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | : |
| | :   CIVIL ACTION 15-0078-M |
| CAROLYN W. COLVIN, | : |
| Social Security Commissioner, | : |
| | : |
|     Defendant. | : |

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Angela Robinson.

DONE this 5th day of November, 2015.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE